

# IN THE
## TENTH COURT OF APPEALS

### No. 10-21-00072-CR

**JAY JAMESON RICHARDSON,**

                                                                        **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                                        **Appellee**

---

**From the 19th District Court
McLennan County, Texas
Trial Court No. 2018-985-C1**

---

## MEMORANDUM OPINION

---

Jay Richardson filed a motion to dismiss his appeal. *See* TEX. R. APP. P. 42.2 (a).

Dismissal of the appeal would not prevent a party from seeking relief to which it would

otherwise be entitled. The motion is granted, and the appeal is dismissed.


                                        JOHN E. NEILL
                                        Justice

Before Chief Justice Gray,
      Justice Neill, and
      Justice Johnson
Appeal dismissed; motion granted
Opinion delivered and filed April 7, 2021
Do not publish
[CR25]

